NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL S. ROSS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5061

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-667, Judge Francis M. Allegra.

---

## ON MOTION

---

## ORDER

Michael S. Ross requests the court "appoint a fair, objective and private special prosecutor to try this case." Ross also submits various letters and asks, inter alia, when his case will be heard.

The United States' brief was filed on January 23, 2012. After Ross either files a reply brief or the time to file a reply brief passes, the case will be assigned to a merits panel. Ross's request for a "special prosecutor" is denied. Other various requests in letters concerning the

case should be included in the briefs and not in letters to the court.

Accordingly,

IT IS ORDERED THAT:

The motion for a special prosecutor is denied.

FOR THE COURT

FEB 0 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Michael S. Ross
    Lartease M. Tiffith, Esq.

s25

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 0 1 2012

**JAN HORBALY**
**CLERK**